IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-11173
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ELLIS ONIC,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:95-CR-276-P
- - - - - - - - - -
August 20, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Ellis Onic appeals his sentence following conviction for making false statements in a loan application, in violation of 18 U.S.C. § 1014. He argues that the district court erred in enhancing his offense level by two levels based on his abuse of a position of trust. We have reviewed Onic's arguments and the record and find that the district court did not clearly err in imposing the enhancement. See United States v. Brown, 7 F.3d 1155, 1161 (5th Cir. 1993); U.S.S.G. § 3B1.3.

_____

   * Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.